Name: Jennifer Ferrell Brantley

Address: 7117 Wood Hollow Dr. Apt. 1126

Austin, TX 78731

Phone Number: 945-844-7519

Email Address: brantley.jennifer@gmail.com

Pro Se

FILED

2026 FEB -9 PM 1:54

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

Jennifer Ferrell Brantley

**PLAINTIFF(S)**

v.

The University of Texas & James E. Davis, in his official capacity as President of UT Austin

**DEFENDANT(S)**

CASE NUMBER

1:26 CV 00311 ADA

## APPLICATION FOR PERMISSION
## TO FILE ELECTRONICALLY

As the ☒ Plaintiff ☐ Defendant   in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☒ A Computer with internet access.

   ☒ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☒ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word-processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 2/9/26                    Signature: Jennifer Ferrell Brantley

Created 04/20          APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY