# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER FERRELL BRANTLEY, <br> *Plaintiff* | § <br> § <br> § <br> § | |
| v. <br> THE UNIVERSITY OF TEXAS AT AUSTIN, AND JAMES E. DAVIS, <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § | No. 1:26-CV-311-ADA |

## SHOW CAUSE ORDER

Before the Court is Defendants The University of Texas at Austin and James E. Davis's motion to dismiss. Dkt. 14. Plaintiff Jennifer Ferrell Brantley failed to respond to the motion by the deadline set by the local rules, even after she requested and was granted an extension to that deadline. *See* Dkts. 22; W.D. Tex. Loc. R. CV-7(d).

Accordingly, Brantley is **ORDERED** to either **RESPOND** to the motion, or **SHOW CAUSE** as to why the motion should not be granted as unopposed, on or before **July 1, 2026**.

SIGNED June 17, 2026.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1