**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| **JENNIFER FERRELL BRANTLEY** | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | |
| **THE UNIVERSITY OF TEXAS AT AUSTIN**, *and* **PRESIDENT JAMES E. DAVIS**, *in his official capacity as President of the University of Texas at Austin,* | § § § § § § § | **Civil Action No. 1:26-cv-00311-ADA** |
| *Defendants.* | § § | |

**PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Jennifer Ferrell Brantley respectfully responds to the Court's Show Cause Order and sincerely apologizes to the Court for failing to timely respond to Defendants' Motion to Dismiss. The failure was not intentional and was the result of an honest mistake. Plaintiff is proceeding pro se while managing multiple concurrent legal proceedings and mistakenly confused the response deadline with a June 22, 2026, deadline in a separate proceeding before the Fifth Circuit. See attached Ex. 1.

Plaintiff is experiencing significant impairment and is currently seeking medical evaluation regarding a recent decline in functioning. Plaintiff is managing her affairs without support, and these circumstances contributed to the confusion regarding the applicable deadline.

1

See attached Ex. 2. Plaintiff recently obtained counsel in *Brantley v. Dalton and Soucy*, D-1-GN-26-001579, in Travis County, Texas, on June 15, 2026, which has provided some relief.

Plaintiff also mistakenly believed she had a medical appointment scheduled for June 15, 2026, to be evaluated for her functional decline, when the appointment was actually scheduled for July 15, 2026. Plaintiff offers this only as an additional example of the difficulties she is currently experiencing in managing deadlines, appointments, and other affairs.

This is the first deadline Plaintiff has missed in this litigation, and the error was made in good faith. Defendants will suffer no prejudice from the brief delay, and Plaintiff is acting promptly to correct the mistake upon receipt of the Court's Order. Plaintiff respectfully requests that the Court not grant Defendants' Motion to Dismiss as unopposed. Plaintiff is actively preparing her response and will file it on or before July 1, 2026, as directed by the Court.

Plaintiff again apologizes for the inconvenience to the Court and appreciates the opportunity to correct this error.

Dated: June 17, 2026.

Respectfully submitted,

Jennifer Ferrell Brantley
Plaintiff, Pro Se
7117 Wood Hollow Dr. Apt. 1126
Austin, Texas 78731
brantley.jennifer@gmail.com
945-544-7519

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, a true and correct copy of the foregoing instrument has been served via the email to counsel for the Defendants:

Kimberly A. Gdula

Assistant Attorney General

Office of the Texas Attorney General

General Litigation Division

300 W. 15th Street, 11th Floor

Austin, TX 78701

512-463-2120

Kimberly.Gdula@oag.texas.gov

Jennifer Ferrell Brantley

Plaintiff, Pro Se

7117 Wood Hollow Dr. Apt. 1126

Austin, Texas 78731

brantley.jennifer@gmail.com

945-544-7519