**Gmail**

Jennifer Brantley <brantley.jennifer@gmail.com>

---

## 25-50584 Brantley v. University of Texas "Non Dispositive Court Order granting extend time to file reply brief"

**1 message**

---

**cmecf_caseprocessing@ca5.uscourts.gov** <cmecf_caseprocessing@ca5.uscourts.gov>

Thu, May 21, 2026 at 1:45 PM

To: brantley.jennifer@gmail.com

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**PLEASE DO NOT REPLY TO THIS EMAIL AS IT ORIGINATES FROM AN UNATTENDED EMAIL ADDRESS.**

**United States Court of Appeals for the Fifth Circuit**

**Notice of Docket Activity**

**The following transaction was entered on 05/21/2026 at 1:43:33 PM Central Daylight Time and filed on 05/21/2026**

| | |
|---|---|
| **Case Name:** | **Brantley v. University of Texas** |
| **Case Number:** | **25-50584** |
| **Document(s):** | **Document(s)** |

**Docket Text:**
**COURT ORDER granting motion to extend time to file reply brief filed by Appellant Ms. Jennifer Ferrell Brantley [75] Reply Brief deadline updated to 06/22/2026 for Appellant Jennifer Ferrell Brantley [25-50584] (RLJ)**

**Notice will be electronically mailed to:**

**Ms. Jennifer Ferrell Brantley: brantley.jennifer@gmail.com**
**Mrs. Kimberly A. Gdula: kimberly.gdula@oag.texas.gov, carolina.aponte@oag.texas.gov**

**The following document(s) are associated with this transaction:**
**Document Description: Non Dispositive Court Order**
**Original Filename: 25-50584 order.pdf**
**Electronic Document Stamp:**
**[STAMP acecfStamp_ID=1105048708 [Date=05/21/2026] [FileNumber=10847351-0] [ 4f885d38a9c7e58f286e83f9e00bbd2c287c199c691ba98f432168719b273e726b353bf1cbf330cb0cf2b8d052 5cf87f72f29727baf2bf5e3a7a32e3e3061287]]**

**Document Description: MOT-2 Letter**
**Original Filename: /opt/ACECF/live/forms/RebeccaJeanfreau_2550584_10847351_MotionNotice-MOT-2_381.pdf**
**Electronic Document Stamp:**
**[STAMP acecfStamp_ID=1105048708 [Date=05/21/2026] [FileNumber=10847351-1] [ 90acbf60baf4c1930835f1fb7c1fcfa7dd2c2ad6d87a0e15f85f08118eeacbca479b8afdc503d401098fd776b5 e6d98b220cd1baaadf0f89d215379b891e0688]]**
**Recipients:**

- **Ms. Jennifer Ferrell Brantley**
- **Mrs. Kimberly A. Gdula**