# Social Security Administration
## Important Information

SOCIAL SECURITY
1029 CAMINO LA COSTA
AUSTIN TX 78752-3907

Date:  June 3, 2026
BNC#:  26R1346B61695

0004397 00021962      1 MB   0.672   ZN6LNA T75 P5
SSI M15 06/03
JENNIFER BRANTLEY
7117 WOOD HOLLOW DR
APT 116
AUSTIN TX 78731-2548



We received written notice that you appointed EMILIE DUBOIS POTEAT to represent you for your claim(s) before the Social Security Administration. Therefore, we will deal directly with EMILIE DUBOIS POTEAT on matters that concern your claim(s), unless you tell us that you did not appoint or did not intend to appoint this individual.

## If The Appointment Is Correct

If the appointment information above is correct, you do not need to take any additional action on the appointment at this time.

## If The Appointment Is Incorrect

If you have not made or did not intend to make this appointment, or you are not familiar with EMILIE DUBOIS POTEAT, let us know immediately by calling us toll-free at **1-800-772-1213** (TTY:  **1-800-325-0778**) between 8 a.m.-7 p.m.  Have this notice with you when you call us.  We can also answer general questions at this number.

## Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1.  Visit www.ssa.gov for fast, simple, and secure online service.
2.  Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm.  If you are deaf or hard of hearing, call TTY 1-800-325-0778.  Please mention this letter when you call.

**See Next Page**

3.    You may also call your local office at 866-627-6991.

SOCIAL SECURITY
1029 CAMINO LA COSTA
AUSTIN TX 78752-3907


*Social Security Administration*

